KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY BANDA,<br><br>             Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>            Defendant. | Case # 1:16-CV-00572-EPG<br><br>STIPULATED EXTENSION OF TIME |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have a second extension of time to file Plaintiff's confidential brief, in accordance with the scheduling order. Plaintiff's counsel unwell, a solo practitioner and unable to complete the briefing at this time. Due to the holidays and a high case volume, parties stipulate to a 45-day extension. Confidential Brief shall now be due on January 4, 2017.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated November 21, 2016:         /s/ Kelsey M Brown
                                 KELSEY MACKENZIE BROWN CA #263109

Page 1   STIPULATION
         [1:16-CV-00572-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Mackenzie Legal, PLLC
1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated November 21, 2016:    s/ KELSEY M. BROWN for Donna Anderson
DONNA ANDERSON
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

Page 2     STIPULATION
           [1:16-CV-00572-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time for Plaintiff to file Plaintiff's Opening Brief to January 4, 2017; and that Defendant shall have until February 9, 2017, to file her opposition. Any reply by plaintiff will be due February 25, 2017.

IT IS SO ORDERED.

Dated:   **November 22, 2016**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

Page 3    STIPULATION
         [1:16-CV-00572-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063