KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY BANDA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 1:16-CV-00572-EPG<br><br>STIPULATED EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel unwell and has been in and out of urgent care due to the illness. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on March 29, 2017.

　　　The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated March 28, 2017:　　　　/s/ Kelsey M Brown
　　　　　　　　　　　　　　　KELSEY MACKENZIE BROWN CA #263109
　　　　　　　　　　　　　　　Mackenzie Legal, PLLC
　　　　　　　　　　　　　　　1003 Whitman
　　　　　　　　　　　　　　　Tacoma, WA 98406

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | (206) 300-9063<br>Attorney for Plaintiff |
| 3 | Dated March 28, 2017: | s/ KELSEY M. BROWN for Donna Anderson |
| 4 | | DONNA ANDERSON<br>(per e-mail authorization) |
| 5 | | Special Assistant U.S. Attorney<br>Office of the General Counsel |
| 6 | | Of Attorneys for Defendant |

(Lines 7–24 blank)

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief is now due on March 29, 2017. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:  **March 20, 2017**                    /s/ Eric P. Groj

UNITED STATES MAGISTRATE JUDGE