PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LARRY BANDA, | Case No. 1:16-cv-00572-EPG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until May 28, 2017. This is Defendant's first request for an extension of time to file her responsive pleading. Defense counsel requires additional time to fully review the administrative record and consider the government's position due to

conflicting due dates. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: May 1, 2017      By:    /s/ *Jacqueline Forslund**
                                      Jacqueline Forslund obo Kelsey Brown
                                      Attorney for Plaintiff
                                      (*By e-mail authorization on 04/28/17)

Dated: May 1, 2017           PHILLIP A. TALBERT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                              By:    */s/ Donna W. Anderson*
                                      DONNA W. ANDERSON
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant

## ORDER

Based on the above stipulation and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than **May 30, 2017**. Plaintiff may file his reply brief no later than **June 14, 2017**.

IT IS SO ORDERED.

Dated:   **May 2, 2017**                                          /s/ *Erica P. Grosjean*
                                                                 UNITED STATES MAGISTRATE JUDGE