PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| LARRY BANDA, | Case No. 1:16-cv-00572-EPG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until June 28, 2017. This is Defendant's second request for an extension of time to file her responsive pleading. Defense counsel requires additional time to fully review the administrative record and consider the government's position due to

1

conflicting due dates (an unemployment hearing and another summary judgment brief (in a Southern District of Illinois case) with two previous extensions). Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: May 30, 2017        By:    /s/ *Kelsey Brown**
                                 Kelsey Brown
                                 Attorney for Plaintiff
                                 (*By e-mail authorization on 05/30/17)


Dated: May 30, 2017              PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:    */s/ Donna W. Anderson*
                                 DONNA W. ANDERSON
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

## ORDER

Based on the above stipulation and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than **June 28, 2017**. Plaintiff may file his reply brief no later than **July 13, 2017**.

IT IS SO ORDERED.

Dated: **May 31, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE