KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY BANDA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case # 1:16-CV-00572-EPG<br><br>STIPULATED CONTINUANCE;<br>ORDER THEREON |

    The parties hereby stipulate by counsel and per the courts minute order, for a continuance of the oral hearing in this case. Plaintiff's counsel unwell and unable to appear tomorrow. As a solo practitioner, Plaintiff's counsel is unable to get another attorney to cover for this hearing. Parties stipulate to a continuance in this case to the court's next available hearing date.

    The parties stipulate that the Court's Order shall be modified accordingly.

Dated September 19, 2017:    /s/ Kelsey M Brown
                                       KELSEY MACKENZIE BROWN CA #263109
                                       Mackenzie Legal, PLLC
                                       1003 Whitman
                                       Tacoma, WA 98406

Page 1    STIPULATION
              [1:16-CV-00572-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

|   |   |
|---|---|
|   | (206) 300-9063 |
|   | Attorney for Plaintiff |

Dated September 18, 2017:    s/ KELSEY M. BROWN for Donna Anderson
                                                       DONNA ANDERSON
                                                       (per phone authorization by covering atty Ben Porter)
                                                       Special Assistant U.S. Attorney
                                                       Office of the General Counsel

                                                       Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. The Hearing on Plaintiff's Social Security Appeal is continued from September 19, 2017, to September 25, 2017, at 1:30 pm.

IT IS SO ORDERED.

Dated:   **September 18, 2017**            /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
             [1:16-CV-00572-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063